**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REVEREND WESLEY CRAWFORD SR., SHONTELLE CRAWFORD, and PRECIOUS RECHELLE LEWIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KERN COUNTY SCHOOL DISTRICT BOARD OF TRUSTEES, DONALD CARTER, KERN HIGH SCHOOL DISTRICT, SUPERINTENDANT, and DEAN MCGREE, KERN HIGH SCHOOL DISTRICT, WEST HIGH SCHOOL PRINCIPAL,<br><br>　　　　Defendants. | Case No. 1:10-cv-0425-OWW-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFFS' MOTIONS TO PROCEED IN FORMA PAUPERIS (Docs. 6, 7, 8).<br><br>ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH LEAVE TO AMEND<br><br>ORDER DIRECTING PLAINTIFFS WESLEY AND SHONTELLE CRAWFORD TO PAY FILING FEE AT TIME OF FILING FIRST AMENDED COMPLAINT UNLESS ANOTHER PLAINTIFF FILES A MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER DIRECTING PLAINTIFF PRECIOUS LEWIS TO PAY FILING FEE OR SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS WHEN SHE FILES FIRST AMENDED COMPLAINT UNLESS ANOTHER PLAINTIFF FILES A MOTION TO PROCEED IN FORMA PAUPERIS |

1

  Plaintiffs are proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

  On May 12, 2010, the Magistrate Judge filed findings and recommendations that the District Judge deny each plaintiffs' respective application to proceed in forma pauperis.  With respect to Plaintiffs Wesley and Shontelle Crawford, the Court found that their income was sufficient to allow the to pay the filing fee. (Doc. 10 at 3-4).  With respect to Plaintiff Precious Lewis, the Court recommended that her application be denied for failure to comply with the Court's order. (Id. at 2-3).  In addition, the Court recommended that the IFP applications be denied pursuant to 28 U.S.C. § 1915(e)(2) because the complaint failed to state a claim. (Id. at 4).

  The Court further recommended that Plaintiff be granted leave to file an amended complaint. (Doc. 10 at 16).  The Court recommended that if an amended complaint is filed, Plaintiff's Wesley and Rechelle Crawford pay the filing fee at that time unless a co-plaintiff filed a new IFP motion. (Id.)  The Court recommended that Plaintiff Lewis either pay the filing fee at that time or submit a complete, signed application to proceed IFP unless a co-plaintiff filed an IFP motion.  (Id.)  The findings and recommendations were served on all parties on May 17, 2010, and contained notice requiring any objections be filed within 20 days of service of a copy of the said findings and recommendations. (Id. at 17).  No party has filed any objections.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 12, 2010, are ADOPTED IN FULL;

2. The Motions to Proceed in forma pauperis by plaintiffs, Wesley and Shontelle Crawford, are DENIED;

3. Plaintiffs, Wesley and Shontelle Crawford, are ORDERED to pay

|   |   |   |
|---|---|---|
| 1 |    | the filing fee at the time they file their First Amended Complaint |
| 2 |    | *unless* a co-plaintiff files a motion to proceed in forma pauperis at |
| 3 |    | that time; |
| 4 | 4. | The Motion to Proceed in forma pauperis by plaintiff, Precious |
| 5 |    | Lewis, is DENIED without prejudice; |
| 6 | 5. | Plaintiff, Precious Lewis, is ORDERED to pay the filing fee or |
| 7 |    | submit a complete, signed application to proceed in forma pauperis |
| 8 |    | at the time she files her First Amended Complaint *unless* a co- |
| 9 |    | plaintiff files a motion to proceed in forma pauperis; |
| 10 | 6.. | The complaint IS DISMISSED WITH LEAVE TO AMEND for failure to state a |
| 11 |    | claim upon which relief may be granted; |
| 12 | 7. | Plaintiffs are granted thirty (30) days from service of this order to |
| 13 |    | file a First Amended Complaint; and |
| 14 | 8. | Plaintiffs ARE INFORMED that failure to comply with the |
| 15 |    | provisions of this order will result in the dismissal or termination |
| 16 |    | of this action. |

IT IS SO ORDERED.

Dated:   **June 18, 2010**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE